IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSHUA SHULKIN,<br><br>          Defendant. | No. CR-05-142 JSW<br><br>ORDER TO FILE NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE **UNDER SEAL** |

For good cause showing, the Notice of Motion and Motion to Suppress Evidence along with each of its exhibits shall be FILED UNDER SEAL.

IT IS SO ORDERED.

DATED: May 31, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Court Judge

1