United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA DILLON SHULKIN,

    Defendant.
_____/

No. CR 05-00142-1 JSW

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS**

    For the reasons set forth on the record on June 29, 2005, following the evidentiary hearing on Defendant's motion to suppress, the motion is DENIED.

    **IT IS SO ORDERED.**

Dated: July 1, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE