| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CSBN 168285)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California  94102<br>Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234<br>Email: jeffrey.finigan@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00142 JSW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ~~[PROPOSED]~~** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| JOSHUA DILLON SHULKIN, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on June 28 and 29, 2005 for hearing on the defendant's Motion to Suppress Evidence. The defendant was represented by Geoffrey Hansen, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The Court indicated a tentative ruling on the Motion on June 29 and advised the parties that a final written order would be forthcoming. The case was next set for trial setting on August 4, 2005, at 2:30 p.m.

The Court made a finding on the record that the time from June 29 through and

**STIPULATION AND ~~[PROPOSED]~~**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**

1  including August 4, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.
2  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best
3  interest of the public and the defendant in a speedy trial.  That finding was based on the need for
4  the defendant to have continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5      The parties hereby agree to and request that the case be continued until August 4, 2005
6  and that the exclusion of time to August 4, 2005, be granted.  The parties agree and stipulate that
7  the additional time is appropriate and necessary under Title 18, United States Code,
8  § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest
9  of the public and the defendant in a speedy trial.  This time exclusion will provide for continuity
10 of counsel for the defendant in light of the fact that defense counsel is unavailable for most of the
11 month of July.

14 DATED:    6/30/05
                                        /S/
15                                    GEOFFREY HANSEN
                                   Counsel for Joshua Dillon Shulkin

17 DATED:    6/30/05
                                        /S/
18                                    JEFFREY FINIGAN
                                   Assistant U.S. Attorney

19 So ordered.
20 DATED: July 1, 2005
                                /s/ Jeffrey S. White
21                                  JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00142 JSW**               2