KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSHUA DILLON SHULKIN, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 05-00142 JSW <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on May 12, 2005 for status. The defendant was represented by Geoffrey Hansen, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. A motions schedule was set and the case was set for hearing on the motions on June 23, 2005, at 2:30 p.m.

The Court made a finding on the record that the time from May 12 through May 26, 2005 (the filing date for defense motions), should be excluded under the Speedy Trial Act, 18

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**

1  U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the
2  best interest of the public and the defendant in a speedy trial.  That finding was based on the need
3  for the defendant to have reasonable time necessary for effective preparation, taking into account
4  the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
5  § 3161(h)(8)(B)(iv).

6       The parties hereby agree to and request that the case be continued until June 23, 2005
7  and that the exclusion of time to May 26, 2005, be granted.  The parties agree and stipulate that
8  the additional time is appropriate and necessary under Title 18, United States Code,
9  § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest
10 of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel
11 to effectively prepare, taking into account the exercise of due diligence, and will provide for
12 continuity of counsel for the defendant.

15 DATED:     05/16/05

    /s/
GEOFFREY HANSEN
Counsel for Joshua Dillon Shulkin

18 DATED:     05/12/05

    /s/
JEFFREY FINIGAN
Assistant U.S. Attorney

20 So ordered.

21 DATED: August 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 05-00142 JSW**                          2