1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue
      San Francisco, California  94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,            )   Criminal No. CR 05-00142 JSW
15                                       )
           Plaintiff,                    )
16                                       )
                                         )   STIPULATION AND [PROPOSED]
17                                       )   ORDER EXCLUDING TIME
       v.                                )
18                                       )
                                         )
19 JOSHUA DILLON SHULKIN,                )
                                         )
20         Defendant.                    )
                                         )
21 ─────────────────────────────────────

22        The above-captioned matter came before the Court on August 11, 2005 for status and

23 trial setting.  The defendant was represented by Geoffrey Hansen, and the government was

24 represented by Jeffrey Finigan, Assistant United States Attorney.  Mr. Hansen's motion to be

25 relieved as counsel was granted and James Bustamante substituted into the case as counsel for

26 the defendant.  A briefing schedule was set whereby the defendant's motion(s) is (are) to be filed

27 no later than September 26, 2005.  Alternatively, if no motion is filed, the matter was continued

28 to September 29, 2005, for trial setting.

   **STIPULATION AND [PROPOSED]**
   **ORDER EXCLUDING TIME**
   **CR 05-00142 JSW**

The Court made a finding on the record that the time from August 11 through and including September 29, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until September 29, 2005 and that the exclusion of time to September 29, 2005, be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will provide for continuity of counsel for the defendant and effective preparation by that counsel.

DATED:      8/12/05                          _____/s/_____
                                             JAMES BUSTAMANTE
                                             Counsel for Joshua Dillon Shulkin

DATED:      8/12/05                          _____/s/_____
                                             JEFFREY FINIGAN
                                             Assistant U.S. Attorney

So ordered.

DATED: August 15, 2005                       _____
                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**                                    2