JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone  415/394-3800
Fax        415/394-3806

Attorney for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 05-00142 JSW |
|---|---|
| Plaintiff, | EX PARTE REQUEST AND [~~PROPOSED~~] ORDER FOR COURT REPORTER TO TRANSCRIBE AND FURNISH A SEALED COPY OF THE TRANSCRIPT OF THE MOTION TO SUPPRESS EVIDENTIARY HEARING TO DEFENDANT'S ATTORNEY OF RECORD |
| v. | |
| JOSHUA DILLON SHULKIN, | |
| Defendant. | |

COMES NOW defendant, through counsel, and hereby respectfully requests an Order for the Court Reporter to transcribe and furnish a sealed copy of the transcript of the motion to suppress evidentiary hearing, held on June 28, 2005 and June 29, 2005, to defendant's present attorney of record, James Bustamante.

Dated:  August 16, 2005

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant
JOSHUA DILLON SHULKIN

IT IS SO ORDERED.

Dated: August 17, 2005

JEFFREY S. WHITE, Judge
United States District Court