| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CSBN 168285)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234 |
| 8 | Email: jeffrey.finigan@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00142 JSW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| JOSHUA DILLON SHULKIN, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on August 4, 2005 for status and trial setting. The defendant was represented by Geoffrey Hansen, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. Mr. Hansen made a motion to be relieved as counsel on the basis that irreconcilable differences exist between him and the defendant and the defendant stated the same on the record. The defense also represented to the Court that the defendant is in the process of retaining Mr. Bustamante and Mr. Bustamante and the defendant requested one week in order to either finalize a retention agreement or otherwise

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**

secure new counsel for the defendant. The Court granted Mr. Bustamante's and the defendant's request and took Mr. Hansen's motion to be relieved under submission until the next court appearance on August 11, 2005.

The Court made a finding on the record that the time from August 4 through and including August 11, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until August 11, 2005 and that the exclusion of time to August 11, 2005, be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will provide for continuity of counsel for the defendant in light of the fact that new defense counsel will most likely be entering the case on behalf of the defendant on August 11, 2005.

DATED: 8/5/05

/s/
GEOFFREY HANSEN
Counsel for Joshua Dillon Shulkin

DATED: 8/4/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: August 18, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**                           2