**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,

10              Plaintiff,                          No. C 05-00142 JSW

11        v.                                        **ORDER RE MOTION TO
                                                    CONTINUE**
12    JOSHUA DILLON SHULKIN,

13              Defendant.

14   _____/

15          The Court has received Defendant's motion for a continuance of the pretrial deadlines

16   set in this case.  The Court HEREBY ORDERS the Government to file a response by 4:00 p.m.

17   on Wednesday, September 28, 2005.

18          **IT IS SO ORDERED.**

19

20   Dated:  September 27, 2005                     _____
                                                    JEFFREY S. WHITE
21                                                  UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28