KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>              Plaintiff,                          )<br>                                                         )<br>                                                         )<br>       v.                                              )<br>                                                         )<br>                                                         )<br>JOSHUA DILLON SHULKIN,          )<br>                                                         )<br>              Defendant.                      )<br>_____) | Criminal No. CR 05-00142 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

   The above-captioned matter came before the Court on September 29, 2005 for hearing on the defense motion to continue the pretrial briefing schedule. The defendant was represented by James Bustamante, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The defense motion was granted and a briefing schedule was set whereby the defendant's motion for leave to file motion for reconsideration is to be filed no later than November 3, 2005, and a hearing on that motion was set for December 1, 2005 at 2:30 p.m..

   The Court made a finding on the record that the time from and including September 29,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**

2005 through and including December 1, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have continuity of counsel and for defense counsel's effective preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

       The parties hereby agree to and request that the case be continued until December 1, 2005, and that this exclusion of time be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will provide for continuity of counsel for the defendant and effective preparation by that counsel.

DATED: September 30, 2005

/s/
JAMES BUSTAMANTE
Counsel for Joshua Dillon Shulkin

DATED: September 30, 2005

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: October 5, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**       2