JAMES BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco, California 94133
Telephone: 415/394-3800

Attorney for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA DILLON SHULKIN,

    Defendant.
_____/

CR 05-00142 JSW

ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL

Upon the motion of defendant Joshua Dillon Shulkin, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Joshua Dillon Shulkin's Motion for Order to File under Seal and Declaration of Counsel in support thereof; Motion for Leave to File Motion for Reconsideration of Motion to Suppress and Evidentiary Hearing Pursuant to Franks v. Delaware; Exhibits in Support of Motion for Leave to File, including, but not limited to, the Motion for Reconsideration of Motion to Suppress and Evidentiary Hearing Pursuant to Franks v. Delaware and Declaration of [Confidential Informant]; and all supplemental briefing related to these motions, be filed under seal of the Court.

Dated: NOV 7 2005

JEFFREY S. WHITE, Judge
United States District Court