```
 1  JAMES BUSTAMANTE
    809 Montgomery, 2nd Floor
 2  San Francisco CA 94133
    Telephone: 415/394-3800
 3
    Attorney for Defendant
 4  JOSHUA DILLON SHULKIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA DILLON SHULKIN, <br><br> Defendant. | NO. CR 05-00142 JSW <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED and agreed to between the United States of America, by and through counsel, Jeffrey R. Finigan, Assistant United States Attorney, and defendant, Joshua Shulkin, by and through counsel, James Bustamante, that the previously set District Court briefing schedule, be amended as follows: (1) Defendant's Motion for Leave to File Motion for Reconsideration of Motion to Suppress and to Reopen Evidentiary Hearing Pursuant to Franks v. Delaware, which was to be filed on November 3, 2005, may be filed one day late, on November 4, 2005; (2) Defendant's Motion for Reconsideration of Motion to Suppress and to Reopen Evidentiary Hearing Pursuant to Franks v. Delaware and exhibits, which was to be filed as an attachment to

1  the Motion for Leave on November 3, 2005, may be filed late, on
2  November 7, 2005; (3) Government's oppositions to these motions for leave,
3  scheduled for filing on November 14, 2005, may be filed on
4  November 17, 2005; and (4) Defendant's reply briefs, scheduled
5  to be filed on November 18, 2005, may be filed on November 22,
6  2005.
7     The hearing date of December 1, 2005, is to remain the
8  same, unless the Court determines a new date should be set given
9  the continued briefing schedule.
10    This reasons for the requested change in the briefing
11 schedule are presented in the accompanying declaration of
12 counsel.

14 JAMES BUSTAMANTE                    JEFFREY R. FINIGAN
   Attorney for Defendant Shulkin     Assistant U.S. Attorney
15 Dated: November 4, 2005             Dated: November 4, 2005

17    IT IS SO ORDERED.

19 Dated: NOV 9 2005

                                       HONORABLE JEFFREY S. WHITE
20                                     U.S. District Court Judge

609 MONTGOMERY
2ND FLOOR
SAN FRANCISCO
(415) 394-2800

TOTAL P.02