IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSHUA DILLON SHULKIN,<br><br>    Defendant.<br>_____/ | No. CR 05-00142-1 JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

This matter comes before the Court upon consideration of Defendant's Motion for Leave to File a Motion for Reconsideration of this Court's Order denying Defendant's motion to suppress evidence.

Having considered the parties' pleadings, relevant legal authority, and the record in this case, the Court HEREBY GRANTS Defendant leave to file the motion for reconsideration attached as Exhibit A to the motion for leave to file the motion for reconsideration. Defendant shall file a copy of that motion and its accompanying exhibits, under seal.

The Government shall file an opposition to Defendant's motion for reconsideration by no later than December 13, 2005. Defendant shall file his reply by December 20, 2005.

The Government's opposition and the Defendant's reply may be filed under seal. There shall be no continuances of this briefing schedule. The Court shall notify a parties if it intends to set a hearing on the motion for reconsideration, otherwise the matter shall be determined on

the papers.  The hearing set for December 1, 2005, is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated:  November 28, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE