IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSHUA DILLON SHULKIN,<br><br>    Defendant.<br>_____/ | No. CR 05-00142 JSW<br><br>**ORDER DENYING MOTION TO CONTINUE** |

This matter comes before the Court upon consideration of the Government's motion to continue the hearing set for January 26, 2006 at 2:30 p.m. As the Government notes in its motion, the jury in Government Counsel's trial matter is now deliberating. The Court expects the parties to focus on the questions posed in the Court's notice and will not be entertaining arguments that merely restate matters set forth in the parties' briefs. However, the Court understands that Government Counsel has been in trial and is sympathetic to the demands a trial imposes upon an attorney's schedule. The Court must balance these considerations with the fact that the Defendant in this case has been in custody and that the matter has been continued numerous times during the briefing process. Thus, in order to balance these considerations, the Court shall DENY the request to continue, but will call this case last on tomorrow's calendar in order to provide counsel with the maximum amount of time under the circumstances to prepare for the hearing. Further, the Court has consulted with Judge Illston who has agreed to allow Government Counsel to be on call awaiting communication from the jury. The Court will accommodate any necessary interruptions in tomorrow's hearing.

**IT IS SO ORDERED.**

Dated: January 25, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE