JAMES BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800

Attorney for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-00142 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION OF MOTION TO SUPPRESS |
| v. | |
| JOSHUA DILLON SHULKIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed to between the United States of America, by and through counsel, Jeffrey R. Finigan, Assistant United States Attorney, and defendant, Joshua Shulkin, by and through counsel, James Bustamante, that the hearing on defendant's motion for reconsideration of motion to suppress be continued from January 26, 2006, at 2:30 p.m. to February 2, 2006, 2:30 p.m.

The reasons for this requested motion to continue are presented in the accompanying declaration of counsel.

/S/JAMES BUSTAMANTE                   /S/JEFFREY R. FINIGAN
JAMES BUSTAMANTE                      JEFFREY R. FINIGAN
Attorney for Defendant Shulkin        Assistant U.S. Attorney
Dated: January 26, 2006               Dated: January 26, 2006

1

**IT IS SO ORDERED.**   There shall be no further continuances of this hearing.

Dated: January 26, 2006

_____
HONORABLE JEFFREY S. WHITE
U.S. District Court Judge