JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone  415/394-3800
Fax        415/394-3806

Attorney for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00142 JSW |
| Plaintiff, | EX PARTE REQUEST AND [PROPOSED] ORDER FOR COURT REPORTER TO TRANSCRIBE AND FURNISH A SEALED COPY OF TRANSCRIPT OF COURT HEARING |
| v. | |
| JOSHUA DILLON SHULKIN, | |
| Defendant. | |

COMES NOW defendant, through counsel, and hereby respectfully requests an Order for the Court Reporter to transcribe and furnish a sealed copy of the transcript of the hearing on defendant's motion for reconsideration of motion to suppress evidence, held on February 2, 2006, to defendant's attorney of record, James Bustamante at Defendant's cost.

Dated:  February 3, 2006

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant
JOSHUA DILLON SHULKIN

IT IS SO ORDERED.

Dated: February 6, 2006

/s/ Jeffrey S. White
JEFFREY S. WHITE, Judge
United States District Court