KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00142 JSW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| JOSHUA DILLON SHULKIN, | ) | |
| Defendant. | ) | |

   The above-captioned matter came before the Court on February 9, 2006 for trial setting. The defendant was represented by Alexandra Rahn, specially appearing for James Bustamante, and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was set for trial on May 15, 2006 at 8:30 a.m..

   The Court made a finding on the record that the time from and including February 9, 2006 through and including May 15, 2006, should be excluded under the Speedy Trial Act, 18

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00142 JSW**

U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant and government to have continuity of counsel and for effective preparation by both counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      The parties hereby agree to and request that the case be continued until May 15, 2006, and that this exclusion of time be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will provide for continuity of counsel and effective preparation by counsel.

DATED: February 10, 2006

/s/
JAMES BUSTAMANTE
Counsel for Joshua Dillon Shulkin

DATED:  February 10, 2006

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: February 10, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00142 JSW**      2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. JOSHUA DILLON SHULKIN, CR 05-00142 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**James A. Bustamante, Esq
809 Montgomery Street, 2nd Floor
San Francisco, CA  94133
Fax No: 415-394-3806**

____  (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X_  (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____  (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 10, 2006

/s/
RAWATY YIM
United States Attorney's Office

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00142 JSW**                              3