JAMES A. BUSTAMANTE (CASB No. 133675)
JACKSON SQUARE LAW OFFICES
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone: (415) 394-3800
Facsimile: (415) 394-3806

PETRA M. REINECKE (CASB No. 154482)
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 591-1102
Facsimile: (415) 438-2655

Attorneys for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00142 JSW |
| Plaintiff, | **APPLICATION FOR AND ORDER PERMITTING FILING OF STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING UNDER SEAL** |
| v. | |
| JOSHUA DILLON SHULKIN, | AND ORDER CONTINUING SENTENCING |
| Defendant. | |

The parties to this action, by and through their respective counsel, have stipulated and agreed to jointly request a continuance of the sentencing hearing in this matter, currently set for November 30, 2006.  The Stipulation contains factual statements in support of a showing of good cause for the requested continuance which should not be revealed in a public filing.

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**
**CASE CR 05-00142-JSW**

1

For that reason, defendant respectfully requests that the Court permit the Stipulation to be filed under seal.

Dated: October 17, 2006          Respectfully submitted,

\_\_\_/s/_____
Petra M. Reinecke
Attorney for Defendant
JOSHUA DILLON SHULKIN

## **ORDER**

It is hereby ordered that the Stipulation and Order to Continue Sentencing Hearing shall be filed under seal. Pursuant to the parties' representations, the sentencing in this matter is continued from November 30, 2006 to March 15, 2007 at 2:30 p.m.

DATED:

October 25, 2006

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**
**CASE CR 05-00142-JSW**

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | **United States v. Joshua Shulkin** |

I, the undersigned, declare that I am over the age of eighteen years, and not a party to the within action. My business address is 44 Montgomery Street, Suite 3850, San Francisco, California 94104.

On this date, a true copy of the foregoing APPLICATION FOR AND ORDER PERMITTING FILING OF STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING UNDER SEAL was served via facsimile on:

Jeffrey R. Finigan, Esq.
Assistant United States Attorney
Office of the United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

I declare under penalty of perjury the foregoing is true and correct. Executed on October 17, 2006, at San Francisco, California.

__/s/_____
Petra M. Reinecke

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**
**CASE CR 05-00142-JSW**