JAMES A. BUSTAMANTE (CASB No. 133675)
JACKSON SQUARE LAW OFFICES
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone:  (415) 394-3800
Facsimile:  (415) 394-3806

PETRA M. REINECKE (CASB No. 154482)
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 591-1102
Facsimile:  (415) 438-2655

Attorneys for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 05-00142 JSW |
| Plaintiff, | **APPLICATION FOR AND ORDER PERMITTING FILING OF SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING UNDER SEAL** |
| v. | |
| JOSHUA DILLON SHULKIN, | |
| Defendant. | |

The parties to this action, by and through their respective counsel, have stipulated and agreed to jointly request a further continuance of the sentencing hearing in this matter, currently set for March 15, 2007.  The Stipulation contains factual statements in support of a showing of good cause for the requested continuance which should not be revealed in a

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING
CASE CR 05-00142-JSW**

1

1  public filing.  For that reason, defendant respectfully requests that the Court permit the

2  Stipulation to be filed under seal.

3  Dated: December 21, 2006                    Respectfully submitted,

4

5                                          _____/s/_____
                                           Petra M. Reinecke
6                                          Attorney for Defendant
                                           JOSHUA DILLON SHULKIN
7

8                                    **ORDER**

9          It is hereby ordered that the Second Stipulation and Order to Continue Sentencing

10 Hearing shall be filed under seal.

11 DATED:  January 10, 2007

12                                      _____
13                                      The Honorable Jeffrey S. White
14                                      UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**
**CASE CR 05-00142-JSW**