JAMES A. BUSTAMANTE (CASB No. 133675)
JACKSON SQUARE LAW OFFICES
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone:  (415) 394-3800
Facsimile:  (415) 394-3806

PETRA M. REINECKE (CASB No. 154482)
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 591-1102
Facsimile:  (415) 438-2655

Attorneys for Defendant
JOSHUA DILLON SHULKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA DILLON SHULKIN,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No.  CR 05-00142 JSW

~~APPLICATION FOR AND~~ ORDER
PERMITTING FILING OF
DEFENDANT'S SENTENCING
MEMORANDUM UNDER SEAL

　　　　Defendant Joshua Dillon Shulkin, by and through his counsel of record, proposes to
file a Sentencing Memorandum.  The Sentencing Memorandum contains factual statements
and arguments which should not be revealed in a public filing.  For that reason, defendant

1   respectfully requests that the Court permit the Sentencing Memorandum to be filed under

2   seal.

3   Dated: July 5, 2007                         Respectfully submitted,

4

5                                                _____/s/_____
                                                 Petra M. Reinecke
6                                                Attorney for Defendant
                                                 JOSHUA DILLON SHULKIN
7

8                                         **<u>ORDER</u>**

9        It is hereby ordered that Defendant's Sentencing Memorandum shall be filed under

10  seal.

11  DATED:  July 5, 2007

12                                               _____
13                                               The Honorable Jeffrey S. White
14                                               UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~APPLICATION AND~~ ORDER FOR FILING OF SENTENCING MEMORANDUM UNDER SEAL**
**CASE CR 05-00142-JSW**